In The


 

Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-01-507 CV


____________________



CROWN DERRICK ERECTORS, INC., Appellant



V.



SANDY DEW, INDIVIDUALLY AND AS REPRESENTATIVE OF THE 


ESTATE OF PAUL DEW, DECEASED, AND CARL DEW AND DORIS DEW,


Appellees






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-160397






MEMORANDUM OPINION



 The appellant, Crown Derrick Erectors, Inc., notified the Court that the case had
settled and the execution of releases of the judgment by the appellees rendered the appeal
moot. The appellees did not file an objection to the appellant's Motion to Dismiss With
Prejudice. We tax costs to the party by whom incurred, vacate the trial court's judgment, and
dismiss the case as moot. See Marshall v. Hous. Auth. of City of San Antonio, 198 S.W.3d
782, 785 (Tex. 2006).

 APPEAL DISMISSED.



 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered March 8, 2007


Before McKeithen, C.J., Gaultney and Kreger, JJ.